UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES - MONTCLAIR, LLC, d/b/a Montclair Hospital Medical Center,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services,<br><br>    Defendant. | No. CV 17-659 PA (JCx)<br><br>JUDGMENT |

In accordance with the Court's January 5, 2018 Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered against plaintiff Prime Healthcare Services - Montclair LLC d/b/a Montclair Hospital Medical Center ("Plaintiff") and in favor of defendant Eric D. Hargan, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services (the "Secretary"); and

2. The Secretary shall have his costs of suit.

DATED: January 9, 2018

                                                Percy Anderson
                                   UNITED STATES DISTRICT JUDGE